# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSAMERICA PREMIER LIFE INSURANCE COMPANY, | No. 2:18-cv-01855-MCE-AC |
| Plaintiff, | |
| v. | **ORDER** |
| JASWINDER K. SAHOTA, | |
| Defendant. | |

Pursuant to the stipulation of the parties and good cause appearing, Defendant's deadline to file an Answer or otherwise respond to the Complaint is hereby extended to not later than **September 10, 2018**.

IT IS SO ORDERED.

Dated: August 8, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE