Martin E. Rosen (SBN CA 108998)
mrosen@hinshawlaw.com
Ophir Johna (SBN CA 228193)
ojohna@hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone: 213-680-2800
Facsimile: 213-614-7399

Attorneys for Plaintiff
Transamerica Premier Life Insurance Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSAMERICA PREMIER LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>JASWINDER K. SAHOTA, and DOES 1-10,<br><br>Defendants. | Case No. 2:18-cv-01855-MCE-AC<br><br>**ORDER GRANTING THE PARTIES' STIPULATION TO DISMISS ENTIRE ACTION, WITH PREJUDICE**<br><br>**FRCP 41(A)**<br><br>Complaint Filed: June 21, 2018 |

**ORDER**

Pursuant to the stipulation of the parties (ECF No. 13), the above-entitled action is hereby DISMISSED in its entirety, with prejudice. Each party shall bear her or its own attorneys' fees and costs. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: January 9, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE